# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR193 |
| vs. | ) | ORDER |
| JOHN N. GRIFFY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John N. Griffy (Griffy) to review detention (Filing No. 57). After reviewing the Pretrial Services report, Griffy's criminal and substance abuse history, the motion to review detention and request for an evidentiary hearing is denied.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge